## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL NIEWIEDZIAL, | |
| Plaintiff, | No. 1:21-cv-01593 |
| v. | Hon. Georgia N. Alexakis |
| GERARDO GUZMAN and ALMA MARTIJA, | |
| Defendants. | |

### JOINT STATUS REPORT PROPOSING EXPERT DISCOVERY SCHEDULE

Pursuant to the Court's October 3, 2024 Minute Entry (ECF No. 102), Plaintiff Michael Niewiedzial ("Plaintiff") and Defendants Gerardo Guzman and Alma Martija ("Defendants") (together, "the Parties") hereby submit this Joint Status Report. Having met and conferred, the Parties propose the following schedule for the completion of expert discovery:

- December 20, 2024: Plaintiff's Opening Expert Reports
- February 20, 2025: Defendants' Responsive Expert Reports
- March 20, 2025: Plaintiff's Reply Expert Reports
- May 9, 2025: Deadline to Complete Expert Depositions

1

Dated: October 21, 2024 Respectfully submitted,

/s/ Jason G. Winchester
Jason G. Winchester
jgwinchester@jonesday.com
Allison L. McQueen
amcqueen@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

*Attorneys for Plaintiff*
*Michael Niewiedzial*


/s/ Luke P. Sheridan
Luke P. Sheridan, Esq. (ARDC #6210035)
O'HAGAN MEYER LLC
One E. Wacker Dr., Suite 3400
Chicago, IL 60601
Phone: 312.422.6100
Fax: 312.422.6110
lsheridan@ohaganmeyer.com

*Attorney for Defendants*
*Gerardo Guzman and Alma Martija*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2024, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

                                        /s/ *Allison L. McQueen*
                                        Allison L. McQueen

                                        *Attorney for Plaintiff*
                                        *Michael Niewiedzial*